

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00362-CV

Rudy **MENDEZ**,
Appellant

v.

**BEXAR COUNTY**, City of San Antonio, San Antonio Independent School District, City of San Antonio Code Compliance,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014TA102976
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is appeal is DISMISSED FOR WANT OF PROSECUTION. No costs of appeal are taxed against appellant because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED October 17, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice